UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG WIGGINS AND REBECCA TORRES, on behalf of themselves and all others similarly situated,

        Plaintiffs,

-against-

UNILEVER UNITED STATES, INC., doing business as DOVE,

        Defendant.

**ORDER**

21 Civ. 1964 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference currently scheduled for June 25, 2021 is adjourned <u>sine die</u>.

    It is hereby ORDERED that the following schedule will apply to Defendant's proposed motion to dismiss:

1. Defendant's motion is due on **July 7, 2021**;

2. Plaintiffs' opposition is due on **July 28, 2021**; and

3. Defendant's reply, if any, is due on **August 4, 2021**.

Dated: New York, New York
       June 16, 2021

SO ORDERED.

*[signature: Paul S. Gardephe]*

Paul G. Gardephe
United States District Judge