# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X
CRAIG WIGGINS, REBECCA TORRES, and CHARITA HARRELL, on behalf of himself and all others similarly situated,

                    Plaintiff,                    21 **CIVIL** 1964 (PGG)

     -against-                              **JUDGMENT**

UNILEVER UNITED STATES, INC., dba DOVE,

                    Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 31, 2024, Plaintiff's motion for leave to file the Second Amended Complaint (Dkt. No. 43) is denied. Judgment entered for Defendant, and the case is closed.

**Dated:** New York, New York
          March 31, 2024

                                                        **RUBY J. KRAJICK**
                                                         **Clerk of Court**

                                         **BY:**
                                                           _____
                                                               **Deputy Clerk**